JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRYSTLE MONIQUE EDWARDS, an individual, | CV 21-02671-RSWL-JCx |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| MERCEDES-BENZ USA, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |

**WHEREAS**, on October 5, 2022, this Court **GRANTED** Defendant Mercedes-Benz USA, LLC's ("Defendant") Motion for Summary Judgment [22] against Plaintiff Krystle Monique Edwards ("Plaintiff"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that, in accordance with this Court's previous Order:

Judgment is entered in favor of Defendants and against Plaintiffs as to Plaintiff's one claim for relief.

1    As no defendants or claims remain, the Clerk shall
2  close this matter.
3    **IT IS SO ORDERED.**
4  DATED: October 5, 2022        ___*/S/ RONALD S.W. LEW*___
                                  **HONORABLE RONALD S.W. LEW**
5                                 Senior U.S. District Judge